UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>J.R., an individual, et al.<br><br>Defendants. | Case No.: CV 19-862-DMG (AGRx)<br><br>**STIPULATED FINAL JUDGMENT AND ORDER [50]** |

Pursuant to the Stipulation by and between plaintiff Safeco Insurance Company of Illinois ("Safeco") and defendants J.R., T.R., and Z.R. [Doc. # 46], and the Stipulation by and between Safeco and defendant A.R., by and through her Guardian *ad Litem* Jill Doe ("A.R.") [Doc. # 50], final judgment is hereby entered in favor of Safeco and against J.R., T.R., Z.R., and A.R. on Safeco's First and Second Claims for Relief in the First Amended Complaint as follows:

    1.    As to Safeco's First Claim for Relief against J.R., T.R., and A.R.:

Safeco has no duty to defend and/or indemnify J.R. and T.R., to pay any portion of their, his, or her

| | |
|---|---|
| 1 | attorneys' fees and/or costs ("Defense Costs"), |
| 2 | settlement, and/or judgments that might be incurred, |
| 3 | awarded, and/or entered against them, him, or her in |
| 4 | connection with the claims that A.R. set forth in the |
| 5 | Draft Complaint attached to Safeco's First |
| 6 | Amended Complaint as Exhibit A (the "A.R.'s Draft |
| 7 | Complaint"); |

2. As to Safeco's Second Claim for Relief against Z.R. and A.R.:

Safeco has no duty to defend and/or indemnify Z.R., to pay any portion of his Defense Costs, settlement, and/or judgments that might be incurred, awarded, and/or entered against him in connection with the claims that A.R. set forth in the A.R.'s Draft Complaint.

Pursuant to the Stipulation by and between Safeco and defendants J.R., T.R., and Z.R., the Court hereby dismisses, with prejudice, Safeco's Third Claim for Relief for Restitution, Recoupment, Unjust Enrichment and/or other Equitable Relief for Reimbursement of Defense Costs in Safeco's First Amended Complaint with prejudice.

**IT IS HEREBY ORDERED ADJUDGED AND DECREED**.

DATED: November 19, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE